IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Garth Grant, | ) | |
|     Plaintiff, | ) | C.A. No.: 4:11-cv-01499-RBH-TER |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| I.N.I. Corporation and Strand | ) | |
| Development Company, LLC, jointly and | ) | |
| severally d/b/a Days Inn-Florence, | ) | |
|     Defendants. | ) | |

In this action, Plaintiff brings a claim for religious discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and a claim under 42 U.S.C. § 1983 for violation of the First Amendment. This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

Neither party has filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310 (4th Cir. 2005) stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is

**ORDERED** that Defendant Strand Development, LLC's Motion to Dismiss [Docket Entry 10] is denied in part and granted in part. Specifically, it is ordered that the Motion to Dismiss is denied as to Plaintiff's Title VII cause of action and granted with respect to Plaintiff's § 1983 cause of action.

**IT IS SO ORDERED.**

  s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
February 14, 2012